**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| AMERICAN CONSERVATIVE UNION, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Civil Action No. 1:24-cv-629-RDA-LRV |
| ) | |
| ZOE REESE,  ) | |
| ) | |
| Defendant.  ) | |

**NOTICE OF SUPPLEMENTAL FILING**

Because some pages of the attachments to the Notice of Removal (ECF No. 1) were illegible, please take notice that the defendant, Zoe Reese, by counsel, is submitting herewith more legible copies of the same.

Respectfully Submitted,

 /s/  Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for Zoe Reese
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:    (703) 956-3566
Fax:    (703) 935-0349
Email: thyland@hylandpllc.com

  /s/ Jamie M. Hertz
Jamie M. Hertz
Virginia Bar No. 71731
Counsel for Zoe Reese
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
Tel.: (703) 956-3566
Fax: (703) 935-0349
Email: jhertz@hylandpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send the document and notification of such filing (NEF) by email to:

    Charles R. Spies, Esquire
    DICKINSON WRIGHT PLLC
    1825 Eye Street, Suite 900
    Washington, DC 20006

  /s/ Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for Zoe Reese
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
Tel.: (703) 956-3566
Fax: (703) 935-0349
Email: thyland@hylandpllc.com