IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AMERICAN CONSERVATIVE UNION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-629 (RDA/LRV) |
| ZOE REESE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on Plaintiffs American Conservative Union and American Conservative Union Foundation's Dismissal Without Prejudice and Response to Defendant's Motion to Dismiss. Dkt. 5. Accordingly, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that Defendant Zoe Reese's Motion to Dismiss (Dkt. 5) is DENIED as MOOT.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
August 28, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge